# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:15-CV-481-RJC-DCK

| | |
|---|---|
| JAMES TUCKER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| DEAN FOODS COMPANY AND LAND-O-SUN DAIRIES, LLC, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Amend Pretrial Order And Case Management Plan" (Document No. 14) filed September 29, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Amend Pretrial Order And Case Management Plan" (Document No. 14) is **GRANTED**. The Pretrial Order and Case Management Plan shall be amended as follows:

| | |
|---|---|
| Discovery deadline | **January 23, 2017**; |
| Mediation deadline | **February 6, 2017**; |
| Dispositive Motions deadline | **February 21, 2017**; and |
| Trial | **May 1, 2017**. |

SO ORDERED.

Signed: September 29, 2016

_____
David C. Keesler
United States Magistrate Judge