IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-481-RJC-DCK

| | |
|---|---|
| JAMES TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DEAN FOODS COMPANY AND LAND-O- ) | |
| SUN DAIRIES, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Philip M. Van Hoy, filed a "Report Of Mediator" (Document No. 19) notifying the Court that the parties reached a settlement on December 1, 2016. The Court commends the mediator and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **January 5, 2017**.

Signed: December 5, 2016

David C. Keesler
United States Magistrate Judge